

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    *Natalie Janine Garnes M.D. v. Alma  McAfee*

Appellate case number:    01-20-00717-CV

Trial court case number:    297,526

Trial court:    Probate Court No. 2 of Harris County

It is ordered that the motion for en banc reconsideration is **DENIED**.

Judge's signature:    /s/ Veronica Rivas-Molloy
Acting for the Court

The en banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: January 11, 2022